■ In the Matter of the Arbitration between REUBEN PASTOR et al., Appellants, and ROBERT H. MEININGER, Doing Business as MEININGER CONST., Respondent.— Motion granted and appeal dismissed, without costs.

■ MAX EDELSON et al., Appellants, v. JEANETTE COUCHMAN et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ WALLACE E. BREED et al., Individually and Doing Business as NORTH AUTO PARTS, Appellants, v. TOWN OF CLAY, Respondent.— Motion granted and appeal dismissed, with $10 costs.

■ ALFRED S. GANGLOFF et al., Respondents, v. DONALD H. BROWN, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before June 1, 1960.

■ In the Matter of the Accounting of JOHN W. EVANS, as Committee of the Person and Property of EARL F. EVANS, an Incompetent Person, now Deceased.— Appeal dismissed unless printed records and briefs are filed and served on or before August 1, 1960.

■ EUGENE McQUILLEN, as Administrator of FLORENCE McQUILLEN, Deceased, Appellant, v. PACIFIC TRANSPORTATION LINES et al., Respondents.— Appeal dismissed unless printed records and briefs are filed and served on or before June 1, 1960.

■ In the Matter of the Probate of the Will of BARBARA O. HEPT, Deceased.— Appeal dismissed unless printed records and briefs are filed and served on or before July 1, 1960.

■ LOBLAW, INC., Respondent, v. NEW YORK STATE BOARD OF PHARMACY et al, Appellants.— Motion granted to permit Pharmaceutical Society of the State of New York, Inc., to file brief *amicus curiæ;* brief to be filed and served on or before June 1, 1960.

■ MARY J. McLEAN, Doing Business as McLEAN BUSINESS SERVICES, Respondent, v. LEE HUBBARD, Doing Business as TWIN-TON OFFICE SERVICES, Appellant.— Motion granted and appeal dismissed, without costs.

■ MARY RAFAL, Appellant, v. ANDREW RAFAL, Respondent.— Motion to appeal on nonprinted papers denied and motion to dismiss appeal from order dated January 21, 1960 referring appellant's application to the Justice who presided at the trial granted, without costs.

■ JOSEPH FOX, Appellant, v. ISRAEL SIMON et al., Respondents.— Motion granted and appeal dismissed, with $10 motion costs.

■ WILLIAM R. SPRINGBORN, Respondent, v. GEORGE GOTTLER, Defendant, and DONALD A. STAERKER, Appellant. GEORGE GOTTLER, Respondent, v. DONALD A. STAERKER, Appellant.— Appeals dismissed unless printed briefs are filed and served on or before June 1, 1960 (2 motions).

■ DOROTHY E. C. WOODWORTH, Appellant, v. TIMOTHY D. CLARK et al., Respondents. In the Matter of the Accounting of EDWARD T. BECKWITH et al., as Trustees of the Estate of MELVILLE CLARK, Deceased.— Motion to limit time for filing records and briefs to May 15, 1960 denied.

■ In the Matter of JAMES B. WATT, as Administrator of the Estate of EDNA B. WATT, Deceased.— Appeal dismissed unless printed records and briefs are filed and served on or before June 1, 1960.

■ ELIZABETH EGNOTO, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted to extent that appeal may be prosecuted upon one copy of stenographer's minutes, an original and five typewritten copies of the judgment roll and five typewritten briefs; appeal dismissed unless typewritten records and briefs are filed on or before July 15, 1960.